UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

OSCAR MILLER,                        )
                                     )
    Plaintiff,                   )          Case No.
                                     )          5:21-cv-274-JMH
v.                                   )
                                     )          **ORDER**
LINCOLN NATIONAL LIFE                )
INSURANCE COMPANY,                   )
                                     )
    Defendant.                   )

\*\*\*

    The undersigned judge hereby **RECUSES** himself from service in the above-styled action. This matter shall be **REASSIGNED** to another judge in accordance with the Court's general orders.

    This 29th day of October, 2021.



Signed By:

_Joseph M. Hood_

Senior U.S. District Judge