## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

**OSCAR MILLER,**

    **Plaintiff;**

                                                  **Case No.: 5:21-cv-00274-KKC**

**vs.**

**LINCOLN NATIONAL LIFE
INSURANCE COMPANY,**

    **Defendant.**

---

### JOINT REPORT & STIPULATION RE: STANDARD OF REVIEW

---

Plaintiff, Oscar Miller, and Defendant, Lincoln National Life Insurance Company, by and

through counsel, hereby stipulate that the standard of review for this ERISA case is *de novo.*

                         **Respectfully Submitted,**

                         **CODY ALLISON & ASSOCIATES, PLLC**

                         /s/ K. Cody Allison
                         K. Cody Allison, KY Bar No. 97985
                         Parkway Towers
                         404 James Robertson Pkwy, Ste. #1623
                         Nashville, Tennessee 37219
                         Phone: (615) 234-6000
                         Fax: (615) 727-0175
                         cody@codyallison.com

                         *Attorney for Plaintiff*

**LAW OFFICE OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers (*w/permission*)
Iwana Rademaekers, Texas Bar No. 16452560
(Admitted Pro Hac Vice)
17304 Preston Road, Suite 800
Dallas, TX 75252
Telephone: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2022, it is anticipated that a true and correct copy of the foregoing document will be served via ECF on:

Iwana Rademaekers
Law Office of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, TX 75252
iwana@rademaekerslaw.com

/s/ K. Cody Allison
K. Cody Allison

2