## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

**OSCAR MILLER,**

> **Plaintiff;**

**Case No.: 5:21-cv-00274-KKC**

**vs.**

**LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY,**

> **Defendant.**

---

### JOINT MOTION TO AMEND SCHEDULING ORDER

---

Plaintiff, Oscar Miller, and Defendant, Lincoln National Life Insurance Company, by and through counsel, hereby respectfully petition the Court to amend the present scheduling order for this ERISA case (Docket Entry #12) (1/12/2022), as follows:

- **The deadline for Plaintiff to file a motion for judgment reversing the administrative decision be extended by thirty (30) days, making such deadline <u>April 13, 2022</u>; and**

- **The follow-on deadlines for Defendant's response and any reply by Plaintiff be extended accordingly.**

As grounds for this motion, undersigned counsel represent that they are actively engaged in settlement negotiations. Plaintiff's counsel submitted a formal demand in early February, 2022; however, defense counsel was not in a position to respond with any authority until recently. Nevertheless, undersigned counsel believe that there is a significant likelihood that the case can be resolved by settlement.

**Respectfully Submitted,**

**CODY ALLISON & ASSOCIATES, PLLC**

/s/ K. Cody Allison
K. Cody Allison, Esq., KY Bar No. 97985
Parkway Towers
404 James Robertson Pkwy, Ste. #1623
Nashville, Tennessee 37219
Phone: (615) 234-6000
Fax: (615) 727-0175
cody@codyallison.com

*Attorney for Plaintiff*

**LAW OFFICE OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers (*w/permission*)
Iwana Rademaekers, Esq., Texas Bar No. 16452560
(*admitted *Pro Hac Vice*)
17304 Preston Road, Suite 800
Dallas, TX 75252
Telephone: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this <u>10th</u> day of March, 2022, it is anticipated that a true and correct copy of the foregoing document will be served via the Court's ECF system on:

Iwana Rademaekers, Esq.
Law Office of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, TX 75252
iwana@rademaekerslaw.com

/s/ K. Cody Allison
K. Cody Allison, Esq.

2