## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### LEXINGTON DIVISION

**OSCAR MILLER,**

   **Plaintiff;**

   **Case No.: 5:21-cv-00274-KKC**

**vs.**

**LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY,**

   **Defendant.**

---

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

---

The parties, Plaintiff Oscar Miller and Defendant Lincoln National Life Insurance Company, have petitioned the Court to amend the present scheduling order for this ERISA case (Docket Entry #12) (1/12/2022). Based on that joint filing, and the Court being duly and sufficiently advised, it is hereby ORDERED as follows:

- **The instant Motion is GRANTED;**

- **Accordingly, the deadline for Plaintiff to file a motion for judgment reversing the administrative decision is extended by thirty (30) days, making such deadline April 13, 2022;**

- **The deadlines for Defendant's response and any reply by Plaintiff are likewise extended;**

- **That is, Defendant shall file its response by May 13, 2022; and Plaintiff may file any reply by May 30, 2022.**

 

Karen K. Caldwell

UNITED STATES DISTRICT JUDGE
Eastern District of Kentucky