## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### LEXINGTON DIVISION

**OSCAR MILLER,**

    **Plaintiff;**

                                            **Case No.: 5:21-cv-00274-KKC**

**vs.**

**LINCOLN NATIONAL LIFE
INSURANCE COMPANY,**

    **Defendant.**

---

### ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

---

The parties, Plaintiff Oscar Miller and Defendant Lincoln National Life Insurance Company, have petitioned the Court to amend the present scheduling order for this ERISA case (Docket Entry #12) (1/12/2022). Based on that joint filing, and the Court being duly and sufficiently advised, it is hereby ORDERED as follows:

- **The instant Motion (DE #15) is GRANTED;**

- **Accordingly, the deadline for Plaintiff to file a motion for judgment reversing the administrative decision is extended by thirty (30) days, making such deadline <u>April 13, 2022</u>;**

- **The deadlines for Defendant's response and any reply by Plaintiff are likewise extended;**

- **That is, Defendant shall file its response by <u>May 13, 2022</u>; and Plaintiff may file any reply by <u>May 30, 2022</u>.**

This 10th day of March, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY