**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

**OSCAR MILLER,**

 **Plaintiff;**

              **Case No.: 5:21-cv-00274-KKC**

**vs.**

**LINCOLN NATIONAL LIFE
INSURANCE COMPANY,**

 **Defendant.**

---

### JOINT NOTICE OF SETTLEMENT

---

  Plaintiff, Oscar Miller, and Defendant, Lincoln National Life Insurance Company, by and through their undersigned counsel, file this Joint Notice of Settlement and request a stay of all pending deadlines. The parties inform the Court that this case has been settled, and they intend on filing a Joint Stipulation of Dismissal with prejudice with the Court within thirty (30) days.

  Respectfully submitted,

        **CODY ALLISON & ASSOCIATES, PLLC**

        /s/ K. Cody Allison
        K. Cody Allison, KY Bar No. 97985
        Parkway Towers
        404 James Robertson Parkway, Ste. 1623
        Nashville, TN 37219
        Telephone: (615) 234-6000
        Fax: (615) 727-0175
        cody@codyallison.com

        *Attorneys for Plaintiff*

**LAW OFFICE OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers, Texas Bar No. 16452560
(Admitted Pro Hac Vice)
17304 Preston Road, Suite 800
Dallas, TX 75252
Telephone: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2022, it is anticipated that a true and correct copy of the foregoing document will be served via ECF on:

Iwana Rademaekers
Law Office of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, TX 75252
iwana@rademaekerslaw.com

/s/ K. Cody Allison
K. Cody Allison

2