**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

| | |
|---|---|
| OSCAR MILLER, | CIVIL ACTION NO. 5:21-274-KKC |
| **Plaintiff,** | |
| V. | **ORDER** |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| **Defendant.** | |

**\*\*\* \*\*\* \*\*\***

This matter is before the Court on the parties' Joint Notice of Settlement.  (DE 17.) The Court being otherwise sufficiently advised, IT IS HEREBY ORDERED:

(1) All dates and deadlines set forth in the Court's amended scheduling order (DE 16) are SET ASIDE; and

(2) The parties SHALL FILE an agreed order of dismissal or a status report on or before **May 1, 2022**.

This 1st day of April, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

1