**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | |
|---|---|
| OSCAR MILLER, | ) |
| | ) |
|       **Plaintiff,** | ) |
| | )   **CIVIL ACTION NO. 5:21CV00274-KKC** |
|   **v.** | ) |
| | ) |
| THE LINCOLN NATIONAL LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|       **Defendant.** | ) |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Oscar Miller and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with each party to bear its own costs and attorney's fees; and no costs, expenses, or fees are sought.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 27th day of April 2022.

Respectfully submitted,

**CODY ALLISON & ASSOCIATES, PLLC**

By:   /s/K. Cody Allison
K. Cody Allison, KY Bar No. 97985
Parkway Towers
404 James Robertson Parkway, Ste. 1623
Nashville, TN 37219
Telephone: (615) 234-6000

Fax: (615) 727-0175
cody@codyallison.com

ATTORNEY FOR PLAINTIFF

**- AND -**

**LAW OFFICES OF IWANA
RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT