**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

| | |
|---|---|
| OSCAR MILLER, | CIVIL ACTION NO. 5:21-274-KKC |
| **Plaintiff,** | |
| V. | **ORDER** |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| **Defendant.** | |

**\*\*\* \*\*\* \*\*\***

The parties having informed the Court (DE 19) that they no longer desire to litigate this action, and the Court being otherwise fully and sufficiently advised, it is hereby ORDERED:

(1) This matter is DISMISSED WITH PREJUDICE;

(2) Each party shall bear its own costs and attorney's fees; and

(3) This matter is STRICKEN from the Court's active docket.

This 28th day of April, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

1